Carrie Rosenbaum
Jewish Family and Children's Services
2534 Judah Street
San Francisco, CA 94122
Telephone: (415) 449-2412
Facsimile: (415) 449-2901
Email: carrier@jfcs.org

Attorney for Petitioner
VADIM FURMAN

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VADIM FURMAN<br><br>Petitioner,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY,<br><br>Respondents. | Case No. C 07-04363-PVT<br><br>**NOTICE OF SUBSTITUTION OF ATTORNEY AND ENTRY OF APPEARANCE OF:**<br><br>**Carrie Rosenbaum**<br><br>*IMMIGRATION CASE* |

Petitioner hereby gives notice of Carrie Rosenbaum's entry of appearance as counsel of record, in the above-captioned case.

Dated: October 24, 2007                             Respectfully submitted,


                                                    _____/s/_____
                                                    Carrie Rosenbaum
                                                    Jewish Family and Children's Services

                                                    Attorneys for Petitioner