1 | SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-7124
FAX: (415) 436-7169
7
Attorneys for Defendants
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VADIM FURMAN, | ) |
| | ) No. C 07-4363 PVT |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) **ANSWER** |
| Department of Homeland Security, | ) |
| MICHAEL CHERTOFF, Secretary; | ) |
| United States Citizenship and Immigration | ) |
| Services, EMILIO T. GONZALEZ, Director; | ) |
| United States Citizenship and Immigration | ) |
| Services, ROSEMARY MELVILLE, District | ) |
| Director; U.S. Attorney General, ALBERTO | ) |
| GONZALES; Federal Bureau of Investigations, | ) |
| ROBERT S. MUELLER, III, Director, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

The Defendants hereby submit their answer to Plaintiff's Petition for Hearing on

Naturalization Application Pursuant to 8 U.S.C. § 1447(b).

1. Defendants admit the allegations in Paragraph One.

2. Defendants admit the allegations in Paragraph Two.

3. Defendants admit the allegations in Paragraph Three.

4. Defendants admit the allegations in Paragraph Four.

5. Defendants deny the allegations in Paragraph Five. Peter Keisler is the acting Attorney

ANSWER
C07-4363 PVT                                          1

1 General of the United States.

2    6. Defendants admit the allegations in Paragraph Six.

3    7. Defendants admit the allegations in Paragraph Seven.

4    8. Paragraph Eight consists of Plaintiff's allegation regarding jurisdiction, to which no responsive pleading is required; however, to the extent a responsive pleading is deemed necessary, Defendants deny that this Court has jurisdiction under any of the provisions cited in Paragraph Eight.

   9. Defendants admit the allegations in Paragraph Nine.

   10. Defendants deny the allegations in Paragraph Ten. Plaintiff was not examined, he was interviewed on June 5, 2006.

   11. Defendants deny the allegations that it was an examination. Plaintiff passed the Civics and English tests. Defendants admit the allegation that Plaintiff was told that his background check was pending.

   12. Defendants are without sufficient information to admit or deny the allegations in Paragraph Twelve.

   13. Paragraph Thirteen consists of Plaintiff's characterizations of the lawsuit for which no answer is required.

   14. Defendants admit the allegations in Paragraph Fourteen.

   15. Paragraph Fifteen consists of Plaintiff's characterizations of the lawsuit for which no answer is required.

   The remaining paragraph consist of Plaintiff's prayer for relief, to which no admission or denial is required; to the extent a responsive pleading is deemed to be required, Defendants deny this paragraph.

### FIRST AFFIRMATIVE DEFENSE

The Court lacks jurisdiction over the subject matter of this action.

### SECOND AFFIRMATIVE DEFENSE

The Complaint fails to state a claim against the Defendants upon which relief can be granted.

ANSWER
C07-4363 PVT                                           2

### THIRD AFFIRMATIVE DEFENSE

No acts or omissions by the United States or its employees were the proximate cause of any injury or damages to the Plaintiff.

### FOURTH AFFIRMATIVE DEFENSE

At all times alleged in the complaint, Defendants were acting with good faith, with justification, and pursuant to authority.

### FIFTH AFFIRMATIVE DEFENSE

The Defendants are processing the application referred to in the Petition to the extent possible at this time. Accordingly, no relief as prayed for is warranted.

WHEREFORE, Defendants pray for relief as follows:

That judgment be entered for Defendants and against Plaintiff, dismissing Plaintiff's Petition with prejudice; that Plaintiff takes nothing; and that the Court grant such further relief as it deems just and proper under the circumstances.

Dated: November 2, 2007                             Respectfully submitted,

                                                    SCOTT N. SCHOOLS
                                                    United States Attorney


                                                    _____/s/_____
                                                    ILA C. DEISS
                                                    Assistant United States Attorney
                                                    Attorneys for Defendants

ANSWER
C07-4363 PVT                                    3