```
SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7124
    FAX: (415) 436-7169
```

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VADIM FURMAN,<br><br>    Plaintiff,<br><br>  v.<br><br>Department of Homeland Security, MICHAEL CHERTOFF, Secretary; United States Citizenship and Immigration Services, EMILIO T. GONZALEZ, Director; United States Citizenship and Immigration Services, ROSEMARY MELVILLE, District Director; U.S. Attorney General, ALBERTO GONZALES; Federal Bureau of Investigations, ROBERT S. MUELLER, III, Director,<br><br>    Defendants. | No. C 07-4363 PVT<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

  In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, Defendants in this case hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

Dated: November 6, 2007      Respectfully submitted,

                SCOTT N. SCHOOLS
                United States Attorney


                   /s/
                ILA C. DEISS
                Assistant United States Attorney
                Attorneys for Defendants