1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7124
   FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                     SAN JOSE DIVISION

12 VADIM FURMAN,                        )
                                        ) No. C 07-4363 PVT
13         Plaintiff,                   )
                                        )
14      v.                              )
                                        ) **PARTIES' JOINT REQUEST TO BE**
15 Department of Homeland Security,     ) **EXEMPT FROM FORMAL ADR**
   MICHAEL CHERTOFF, Secretary;         ) **PROCESS** AND ORDER THEREON
16 United States Citizenship and Immigration )
   Services, EMILIO T. GONZALEZ, Director; )
17 United States Citizenship and Immigration )
   Services, ROSEMARY MELVILLE, District )
18 Director; U.S. Attorney General, ALBERTO )
   GONZALES; Federal Bureau of Investigations, )
19 ROBERT S. MUELLER, III, Director,    )
                                        )
20         Defendants.                  )
   _____)
21

22      Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute

23 Resolution Procedures in the Northern District of California," or the specified portions of the ADR

24 Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution

25 options provided by the court and private entities, and considered whether this case might benefit

26 from any of them.

27      Here, the parties agree that referral to a formal ADR process will not be beneficial because this

28 action is limited to plaintiff's request that this Court compel defendants to adjudicate the

Parties' Request for ADR Exemption
C07-4363 PVT                               1

application for naturalization. Defendants have already requested the FBI expedite the name check so that the application may be processed as soon as possible. Given the substance of the action and the lack of any potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax court resources.

Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the ADR Multi-Option Program and that they be excused from participating in the ADR phone conference and any further formal ADR process.

Dated: November 7, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

/s/
ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants

Dated: November 6, 2007

/s/
CARRIE L. ROSENBAUM
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation and to ADR L. R. 3-3(c), the parties are hereby removed from the ADR Multi-Option Program and are excused from participating in the ADR phone conference and any further formal ADR process.

**SO ORDERED.**

Dated: November 9, 2007

PATRICIA V. TRUMBULL
United States Magistrate Judge

Parties' Request for ADR Exemption
C07-4363 PVT                                            2