1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
6    Telephone: (415) 436-7124
     FAX: (415) 436-7169
7
   Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                 NORTHERN DISTRICT OF CALIFORNIA
10
                       SAN JOSE DIVISION
11

12 VADIM FURMAN,                            )
                                            )  No. C 07-4363 PVT
                        Plaintiff,          )
13                                          )
              v.                            )
14                                          )  **STIPULATION TO DISMISS; AND**
   Department of Homeland Security,         )  **[PROPOSED] ORDER**
15 MICHAEL CHERTOFF, Secretary;             )
   United States Citizenship and Immigration )
16 Services, EMILIO T. GONZALEZ, Director;  )
   United States Citizenship and Immigration )
17 Services, ROSEMARY MELVILLE, District    )
   Director; U.S. Attorney General, ALBERTO )
18 GONZALES; Federal Bureau of Investigations, )
   ROBERT S. MUELLER, III, Director,        )
19                                          )
                        Defendants.         )
20 _____ )

21      Plaintiff, by and though his attorney of record, and Defendants, by and through their attorneys

22 of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

23 action without prejudice in light of the fact that the United States Citizenship and Immigration

24 Services is now prepared to adjudicate Plaintiff's application for naturalization and agrees to do so

25 within 30 days of the dismissal of this action.

26      Each of the parties shall bear their own costs and fees.

27 ///

28 ///

   Stipulation to Dismiss
   C07-4363 PVT                          1

1    Dated: November 19, 2007                    Respectfully submitted,

2                                                SCOTT N. SCHOOLS
                                                 United States Attorney
3

4                                                _____/s/_____
                                                 ILA C. DEISS
5                                                Assistant United States Attorney
                                                 Attorneys for Defendants
6

7

8                                                _____/s/_____
     Date: November 19, 2007                     CARRIE L. ROSENBAUM
9                                                Attorney for Plaintiff

10

11

12
                                        **ORDER**
13
         Pursuant to stipulation, IT IS SO ORDERED.
14

15

16   Date:                                       _____
                                                 PATRICIA V. TRUMBULL
17                                               United States Magistrate Judge

18

19

20

21

22

23

24

25

26

27

28

Stipulation to Dismiss
C07-4363 PVT                                     2