SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7124
    FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VADIM FURMAN, <br><br>             Plaintiff, <br><br> v. <br><br> Department of Homeland Security, MICHAEL CHERTOFF, Secretary; United States Citizenship and Immigration Services, EMILIO T. GONZALEZ, Director; United States Citizenship and Immigration Services, ROSEMARY MELVILLE, District Director; U.S. Attorney General, ALBERTO GONZALES; Federal Bureau of Investigations, ROBERT S. MUELLER, III, Director, <br><br>            Defendants. | No. C 07-4363 PVT <br><br> **STIPULATION TO DISMISS; AND [PROPOSED] ORDER** |

    Plaintiff, by and though his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate Plaintiff's application for naturalization and agrees to do so within 30 days of the dismissal of this action.

    Each of the parties shall bear their own costs and fees.

///

///

Stipulation to Dismiss
C07-4363 PVT                               1

1 | Dated: November 19, 2007               Respectfully submitted,

2 |                                        SCOTT N. SCHOOLS
                                           United States Attorney
3

4 |                                        ___/s/_____
                                           ILA C. DEISS
5 |                                        Assistant United States Attorney
                                           Attorneys for Defendants
6

7

8 | Date: November 19, 2007                ___/s/_____
                                           CARRIE L. ROSENBAUM
9 |                                        Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 11/20/07                             _____
                                           PATRICIA V. TRUMBULL
                                           United States Magistrate Judge

Stipulation to Dismiss
C07-4363 PVT                        2